# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEVERO SANCHEZ-DELATORRE, | : | Civil No. 1:19-cv-2160 |
| Petitioner, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# **ORDER**

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2. Disposition of the application to proceed in forma pauperis (Doc 4) is left to the discretion of the transferee court.

3. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: January 31, 2020